IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NEWTON DICKSON, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. H-05-4168 |
| FRANKLIN METZNER and MICHAEL A. BERRY, | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Plaintiff Newton Dickson's First Amended Motion to Remand (Document No. 10). Having considered the motion, submissions, and applicable law, the Court determines the motion should be denied. Accordingly, the Court hereby,

ORDERS that Plaintiff Newton Dickson's First Amended Motion to Remand (Document No. 10) is DENIED.

SIGNED at Houston, Texas, on this 16th day of March, 2006.

_____

DAVID HITTNER

United States District Judge