IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NEWTON DICKSON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-05-4168 |
| FRANKLIN METZNER and MICHAEL A. BERRY, | § § § § | |
| Defendants. | § § | |

ORDER

Pending before the Court is Defendant Metzner's Motion to Dismiss for Lack

of Personal Jurisdiction Pursuant to F.R.C.P. 12(b)(2) (Document No. 3).  Having

considered the motion, submissions, and applicable law, the Court determines the

motion should be denied.  Accordingly, the Court hereby,

ORDERS that Defendant Metzner's Motion to Dismiss for Lack of Personal

Jurisdiction Pursuant to F.R.C.P. 12(b)(2) (Document No. 3) is DENIED.

SIGNED at Houston, Texas, on this 16th day of March, 2006.

_____

DAVID HITTNER

United States District Judge